IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIM TURNER,  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>HV DEVELOPMENT PARTNERS  )<br>LP,  )<br>  )<br>  Defendant.  )  | CIVIL ACTION<br><br>FILE No. 3:19-CV-306 |

## NOTICE OF SETTLEMENT

Plaintiff, KIM TURNER ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendant, HV DEVELOPMENT PARTNERS LP.

Plaintiff and Defendant, HV DEVELOPMENT PARTNERS LP are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation to Approve Consent Decree and Dismissal of Defendant with Prejudice once the agreement is finalized. Plaintiff and Defendant request thirty (30) days within which to file its dismissal documents.

Respectfully submitted this 3rd day of May, 2019.

                        Law Offices of
                        THE SCHAPIRO LAW GROUP, P.L.

                        /s/  Douglas S. Schapiro
                        Douglas S. Schapiro, Esq.
                        *Attorney-in-Charge for Plaintiff*
                        Northern District of Texas ID No. 54538FL
                        The Schapiro Law Group, P.L.
                        7301-A W. Palmetto Park Rd., #100A
                        Boca Raton, FL 33433
                        Tel: (561) 807-7388
                        Email: schapiro@schapirolawgroup.com


                        ATTORNEYS FOR PLAINTIFF


## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on  this 3rd day of May, 2019.


                        /s/  Douglas S. Schapiro
                        Douglas S. Schapiro, Esq.
                        *Attorney-in-Charge for Plaintiff*
                        Northern District of Texas ID No. 54538FL