IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIM TURNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 3:19-CV-306 |
| HV DEVELOPMENT PARTNERS LP, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION TO APPROVE CONSENT DECREE AND TO DISMISS DEFENDANT WITH PREJUDICE**

Plaintiff, **KIM TURNER** ("Plaintiff") and Defendant, **HV DEVELOPMENT PARTNERS LP** ("Defendant") (collectively, the "Parties"), hereby file this Joint Stipulation seeking the Court's Approval of the parties' Consent Decree and to Dismiss Defendant, HV DEVELOPMENT PARTNERS LP, with Prejudice:

1. Plaintiff filed the instant cause of action alleging that the Property operated and/or owned by Defendant violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq*.

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Settlement") attached hereto as Exhibit "1".

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Consent Decree. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Settlement. This Settlement is conditioned upon the Court's retaining jurisdiction to enforce said Settlement.

4. As part of the Settlement reached between the Parties, Plaintiff has agreed to dismiss Defendant, HV DEVELOPMENT PARTNERS LP, with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Settlement, Defendant, HV DEVELOPMENT PARTNERS LP, be dismissed with prejudice.

5. Except as otherwise stated in the Settlement, each party to bear their own fees and costs.

WHEREFORE, the Parties respectfully request that this Honorable Court enter an Order approving the attached Consent Decree, dismissing the claims asserted by Plaintiff against Defendant, HV DEVELOPMENT PARTNERS LP, with prejudice, and retaining jurisdiction to enforce the Settlement.

Respectfully submitted this 4th day of June, 2019.

| | |
|---|---|
| Law Offices of<br>THE SCHAPIRO LAW GROUP, P.L.<br><br>/s/  Douglas S. Schapiro<br>Douglas S. Schapiro, Esq.<br>No. District of Texas ID No. 54538FL<br>The Schapiro Law Group, P.L.<br>7301-A W. Palmetto Park Rd.,#100A<br>Boca Raton, FL 33433<br>Tel: (561) 807-7388<br>Email: schapiro@schapirolawgroup.com | Law Offices of LIPPE & ASSOCIATES<br><br>/s/  Emil Lippe, Jr.<br>Emil Lippe, Jr., Esq.<br>State Bar No. 12398300<br>Lippe & Associates<br>12222 Merit Drive, Suite 1200<br>Dallas, TX  75251<br>Tel:  (214) 855-1850<br>email@texaslaw.com<br><br>ATTORNEYS FOR PLAINTIFF<br><br>/s/ Charles Jeffrey Novel<br>Charles Jeffrey Novel, Esq.<br>State Bar No.  24037198<br>Kane Russell Coleman Logan PC<br>601 Elm Street, Suite 3700<br>Dallas, TX  75201<br>Tel:  (214)  777-4223<br>Email:  jnovel@krcl.com |

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically the Clerk of the Court using CM/ECF/system on this 4th day of June, 2019.

/s/ Douglas S. Schapiro  
Douglas S. Schapiro, Esq.  
No. District of Texas ID No. 54538FL