IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIM TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:19-CV-306-S |
| vs. | § | |
| | § | |
| HV DEVELOPMENT PARTNERS LP, | § | |
| | § | |
| Defendant. | § | |

**ORDER APPROVING CONSENT DECREE AND
DISMISSAL OF DEFENDANT WITH PREJUDICE**

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice [D.E. # 14]. The Court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant, HV DEVELOPMENT PARTNERS LP, with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant, HV DEVELOPMENT PARTNERS LP, is hereby DISMISSED WITH PREJUDICE.

3. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

4. All pending motions are hereby denied as moot.

5. This case is CLOSED.

**SO ORDERED.**

SIGNED June 5, 2019.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record